✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     OHIO, WESTERN DIVISION

| | |
|---|---|
| Federal Deposit Insurance Corporation.<br>Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| V. | Case Number:     3:04CV7233 |
| Flagship Auto Center, Inc., et al.<br>Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

 **THAT** Plaintiff's Motion for Summary Judgment is Hereby Granted. Plaintiff is awarded judgment against the

Winkle Defendants for $8,054,264.04 plus applicable federal interest from the date judgment is entered by the Court.

To the extent that Defendant Myers has made or makes payments on the Consent Decree entered on

January 19, 2006, credits in a similar amount will be deducted from the judgment against the Winkle Defendants.

CASE CLOSED.

                                                  **/s/ Vernelis K. Armstrong**
                                                  Vernelis K. Armstrong
                                                  United States Magistrate Judge

| | |
|---|---|
| September 7, 2007 | GERI M. SMITH |
| Date | Clerk |
| | /s/ Patricia A. Schuchmann |
| | Deputy Clerk |